UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JOSE ROBLES,

Defendant.

08 Crim. 1114 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      The Court has received a pro se motion for compassionate release from defendant Jose Robles.  Dkt. 83.  The Court asks Mr. Robles' CJA trial counsel, Scott B. Tulman, to submit a memorandum in support of Mr. Robles' motion, and to the extent necessary, reappoints Mr. Tulman to represent Mr. Robles for this purpose.  This memorandum is due February 25, 2021.  The Government's response is due March 4, 2021.  The Court does not invite a reply.

      SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: February 11, 2021
       New York, New York