LAW OFFICES OF
# SCOTT B. TULMAN & ASSOCIATES, PLLC

THE HELMSLEY BUILDING
230 PARK AVENUE
18TH FLOOR
NEW YORK, NEW YORK 10169
(212) 867-3600
TELECOPIER: (212) 867-1914
WWW.TULMANLAW.COM

March 24, 2021

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10002

Re:  United States v. Jose Robles
     08 Cr. 1114 (PAE)

Dear Judge Engelmayer:

On February 25, 2021, the Court afforded me a thirty day extension of time to submit a memorandum in support of a *pro se* motion by defendant Jose Robles for compassionate release. (ECF Doc. No. 87). For the reasons set forth below, I respectfully seek an additional thirty day extension, until April 24, 2021, to submit this memorandum.

First, since February 25, 2021, I have been able to confer with Mr. Robles by telephone to discuss my thoughts and to outline for him my ideas regarding his motion. I have not yet sent Mr. Robles my draft memorandum (which has been substantially completed) in support of his motion and he needs to review and comment on it before filing it. Further, there is additional support for Mr. Robles' motion that I need to obtain. I have spoken with Mr. Robles about my seeking this thirty day adjournment and he consents to it.

Second, there are issues regarding this motion that I need to discuss with the Government. I have communicated with the assigned Assistant United States Attorney by email and he welcomes the opportunity to discuss this case further. I have not yet done so as I first wanted to speak with my client, and complete my memorandum.

The Government consents to this application, provided that I consent in advance to an adjournment if required by the Government. I so consent.

Respectfully submitted,

Scott B. Tulman

SBT:ss
Michael Maimin, Esq., AUSA

---

Granted. Because April 24, 2021 falls on a Saturday, the Court grants Robles until April 26, 2021 to file a supplemental memorandum. The Government's response is due by May 3, 2021.

SO ORDERED.

March 25, 2021

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge