LAW OFFICES OF
## Scott B. Tulman & Associates, PLLC

THE HELMSLEY BUILDING
230 PARK AVENUE
18TH FLOOR
NEW YORK, NEW YORK 10169
(212) 867-3600
TELECOPIER: (212) 867-1914

WWW.TULMANLAW.COM

April 23, 2021

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10002

> Granted. The memorandum in support of Mr. Robles's application is due by May 10, 2021. The Government's response is due by May 17, 2021.
>
> SO ORDERED.
>
> _Paul A. Engelmayer_
> PAUL A. ENGELMAYER
> April 26, 2021   United States District Judge

Re:   United States v. Jose Robles
      08 Cr. 1114 (PAE)

Dear Judge Engelmayer:

On March 25, 2021, the Court afforded me a second thirty day extension of time to submit a memorandum in support of a *pro se* motion by defendant Jose Robles for compassionate release. (ECF Doc. No. 90). For the reasons set forth below, I respectfully seek a two-week extension, until May 10, 2021, to submit this memorandum.

First, although I have completed and mailed Mr. Robles a draft memorandum in support of his motion, I have not yet spoken with him about it, but will be doing so late next week.

Second, I have emailed the draft of my memorandum to the assigned Assistant United States Attorney and want to afford the Government time to review it, and the attached exhibits. Those discussions might impact on factual and legal issues raised in the final submission.

The Government consents to this application, provided that I consent in advance to an adjournment if required by the Government. I so consent.

Respectfully submitted,

Scott B. Tulman

SBT:ss
Michael Maimin, Esq., AUSA