UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JOSE ROBLES,

Defendant.

08-CR-1114 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On February 11, 2021, the Court received a *pro se* motion from Jose Robles for compassionate release. Dkt. 83. The Court directed Robles' trial counsel, Scott B. Tulman, Esq., to submit a memorandum in support of Robles' motion, and Mr. Tulman did so on May 12, 2021. Dkt. 93. On May 28, 2021, the Government filed an opposition to Robles' motion for compassionate release.

Having carefully reviewed the parties' submissions, the Court is prepared to reduce Robles's sentence substantially. Before it can take such action, however, Robles must exhaust his administrative remedies, *see* 18 U.S.C. § 3582(c)(1)(A). All parties agree that Robles has not yet done so. The Court thus urges Robles and his counsel to do so. Defense counsel is to alert the Court by letter as soon as Robles has done so; counsel's letter should state whether the Government agrees that the exhaustion requirement has been satisfied.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: July 8, 2021
New York, New York