UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JOSE ROBLES,

                          Defendant.

08-CR-1114-01 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from counsel for defendant Jose Robles indicating that

Mr. Robles has now exhausted his administrative remedies.  Dkt. 101.  The Court directs the

Government to respond to Mr. Robles' motion for compassionate release by Tuesday, December

21, 2021.

        SO ORDERED.

                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: December 13, 2021
        New York, New York