UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JOSE ROBLES,

Defendant.

08-CR-1114-01 (PAE)

SCHEDULING ORDER

PAUL A. ENGELMAYER, District Judge:

The Court is in receipt of the defendant's *pro se* motion for compassionate release (Dkt. No. 106), dated December 24, 2022.  The Court hereby orders that the government shall file any response no later than **February 7, 2023**.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 26, 2023
       New York, New York